

**ORDERED in the Southern District of Florida on January 5, 2021.**

_____

**A. Jay Cristol, Judge**
**United States Bankruptcy Court**

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov


In re:

YUSELY RODRIGUEZ CABRERA;

_____ Debtor. _____/

Case No. 20-21308-BKC-AJC

Chapter 7

### AGREED ORDER GRANTING TRUSTEE'S UNOPPOSED
### _EX PARTE_ MOTION FOR TURNOVER

THIS MATTER came before the Court _ex parte_ upon the Trustee's _Agreed Ex Parte Motion for Turnover_ (the "Motion") [ECF #17] filed by Jacqueline Calderin, Trustee (the "Trustee") of the bankruptcy estate of Yusely Rodriguez Cabrera (the "Debtor"). The Court having reviewed the Motion and noting the Debtor's[1] agreement to the relief sought in the Motion is in the best interest of the estate and good cause exists for the relief provided herein. Accordingly, the Court does

---

[1] Any and all capitalized terms not expressly defined herein, shall bear the meaning ascribed to them in the Motion.

**ORDER** as follows:

1.      The Motion is **GRANTED**.

2.      The Debtor shall turnover in the form of a money order or a cashier's check made payable to "Jacqueline Calderin, Trustee, for the benefit of the Estate", the total sum of $6,000.00 (the "BuyBack") due no later than January 10, 2021.

3.      The Debtor shall turnover the 2020 Income Tax Return once it has been filed.

4.      To the extent that the Debtor is entitled to a refund, the Debtor shall remit 79%, (less earned income credit), representing the estate's interest in the 2020 tax refund in the form of a money order or a cashier's check made payable to "Jacqueline Calderin, Trustee, for the benefit of the Estate", due immediately upon receipt.

5.      In the event that the Debtor defaults under the terms of this Order, the Trustee shall be entitled to a revocation of Debtor's discharge by Motion and Hearing pursuant to Rule 9024 Fed.R.Bank.P., and Debtor waives the requirement of an adversary proceeding.

6.      The Court reserves jurisdiction to enforce the terms of this Order.

# # #

**Submitted by:**

**JACQUELINE**

**CALDERIN**
*Chapter 7 Trustee*
1825 Ponce de Leon Blvd, #358
Coral Gables, Florida 33134
T 786.369.8440
F 786.369.8523
calderintrustee@gmail.com

Copy to: Trustee Calderin, who is directed to serve a conforming copy herein upon all interested parties.